IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY THOMAS McCALLAN, | ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| | ) | |
| CARLY B. WILKINS, as | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19mc3868-MHT |
| | ) | (WO) |
| PETER C. MCCALLAN and | ) | |
| SIGMED, LLC, | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

Upon consideration of the notice that the motion to withdraw reference is moot (doc. no. 10), and the attached stipulation of dismissal filed in the adversary proceeding to which the motion relates (doc. no. 10-1), it is ORDERED that the motion to withdraw reference (doc. no. 1) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of April, 2020.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**